UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          - v. -                  :
                                       **INDICTMENT**
ELADIO GUZMAN,                    :
                                       07 Cr. ____
                                  :
                                       08 CRIM 004
          Defendant.              :
- - - - - - - - - - - - - - - - - -x



### COUNT ONE

The Grand Jury charges:

1.   From at least in or about late 2004, up to and including late 2006, in the Southern District of New York and elsewhere, ELADIO GUZMAN, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ELADIO GUZMAN, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

OVERT ACTS

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

 a. Between late 2004 and late 2006, ELADIO GUZMAN, the defendant, obtained approximately three kilograms of cocaine from a co-conspirator not named as a defendant herein ("CW-1"), who has since become a cooperating witness with the Government.

 b. Between late 2004 and late 2006, CW-1 received the cocaine which he gave to ELADIO GUZMAN, the defendant, from another co-conspirator not named as a defendant herein ("CC-1") in the Bronx, New York.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, ELADIO GUZMAN, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Asset Provision</u>

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ELADIO GUZMAN,**

**Defendant.**

**INDICTMENT**

07 Cr. ___

(Title 21 Sections 841(a)(1), 846 and 853)

Michael J. Garcia
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

1-2-08 WC — Filed Indictment. Case assigned to Judge Preska in error b/c case was originally assigned to Judge Pitman on filing of notice of Intent [to present to Judge Jones U.S.M.J.]