UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

      - v -                       :   NOTICE OF INTENT TO
                                     FILE AN INFORMATION

Eladio Guzman,                      :

          Defendant.              :

- - - - - - - - - - - - - - - x

**ORIGINAL**

**08 CRIM 004**    JUDGE JONES

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 7, 2007

                                    MICHAEL J. GARCIA
                                  United States Attorney

                  By: _____
                       Julian J. Moore
                       Assistant United States Attorney

                  AGREED AND CONSENTED TO:

                  By: _____
                       Kevin Kearnon
                       Attorney for Eladio Guzman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

12/21/07 WHEEL A