

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*





*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2008

**By Hand**
The Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Eladio Guzman*, 08 CR 004 (BSJ)

Dear Judge Jones:

The Grand Jury returned an indictment in this case on December 31, 2007. A notice of intent to file an information was previously filed and the case was assigned to Your Honor. For your review, please find enclosed a copy of the complaint and indictment in this case.

The parties are currently scheduled for their first pre-trial conference before Your Honor on Friday, January 11, 2008, at 4:00 p.m. The defendant also seeks to be arraigned on this date.

The Government respectfully requests that the Court exclude time until the date of the next court appearance (January 11, 2008), pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   _____
Julian J. Moore
Assistant U.S. Attorney
(212) 637-2473

cc: Kevin Kearon, Esq. (by fax)

*Application granted. For the reasons above, speedy trial time is excluded from January 8, 2008 to January 11, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

SO ORDERED.
Dated:   _____
BARBARA S. JONES
U.S.D.J.
1/8/08