PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Guzman          Docket No. 08 CR 4 (BSJ)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  John Moscato  PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Eladio Guzman  who was placed under pretrial release supervision by the Honorable  Debra C. Freeman  sitting in the court at  500 Pearl Street , NY  date  August 29 , 2007  under the following conditions:

$150,000 prb, secured by $15,000 cash/property, cosigned by 5 financially responsible persons, surrender travel documents, no new applications, travel restricted to the SD/EDNY, strict PSA supervision, with curfew not enforced with EM.

On 10/23/2007, the Honorable Kevin N. Fox signed an order eliminating the condition of curfew.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been compliant with his release conditions and has reported as directed without incident. In light of the defendant's positive adjustment to PSA supervision, Pretrial Services recommends that the defendant's reporting condition be changed from strict supervision to routine supervision. Pretrial Services has discussed this proposed bail modification with AUSA Julian Moore and he advised that he does not object.

PRAYING THAT THE COURT WILL ORDER

The condition of strict supervision be modified to routine supervision.

ORDER OF COURT

Considered and ordered this 27th day of March, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/25/08

_____
U.S. Pretrial Services Officer

Place  233 Broadway, NYC, NY, 10279