LAW OFFICES OF
# KEVIN T. KEARON
ATTORNEY AND COUNSELOR AT LAW
121 W. OAK STREET, AMITYVILLE, NY 11701
TELEPHONE (631) 963-4880
FACSIMILE (631) 963-4877
E-MAIL: kevinkearon@mac.com

June 17, 2008

**VIA FACSIMILE 212-805-6191**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re    U.S. v. Eladio Guzman
           08 CR 0004-01

Dear Judge Jones:

    Please allow this letter to confirm the teleconference with your courtroom deputy, and the assigned AUSA, Julian Moore, this morning wherein it was agreed, that at the defendant's request and with the consent of the government, the sentencing in the above-captioned matter will be adjourned from June 26, 2008 at 11:00 a.m. until August 5, 2008 at 11:00 a.m.

    Thank you.

                                                     Very truly yours,

                                                     *Kevin Kearon*

                                                     Kevin T. Kearon