LAW OFFICES OF
# KEVIN T. KEARON
ATTORNEY AND COUNSELOR AT LAW
121 W. OAK STREET,  AMITYVILLE, NEW YORK 11701
TELEPHONE (631) 963-4880
FACSIMILE (631) 963-4877
E-MAIL: kevinkearon@mac.com

Tuesday, August 26, 2008

Hon. Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St, Room 620
New York, NY 10007

Re:  United States v. Eladio Guzman

Dear Judge Jones:

    As you know, Mr. Guzman was sentenced to two years imprisonment by the court on his narcotics plea on August 5, 2008.  He received a non-guidelines sentence well below what a straight guidelines sentence would have required.  He was and is grateful to the Court therefore.  He is scheduled to and will surrender himself to begin serving his sentence in approximately two months.

    As you may recall, he was arrested three days before his wedding, and very nearly missed it before being released on conditions the government generously agreed to.  He and his wife Melissa were wed, happily, but had to cancel the honeymoon to Aruba given his travel restrictions and consequently lost over four thousand dollars in non-refundable deposits.   More importantly they had to reconcile their young marriage with his charges and disclosures to Melissa regarding his involvement in the allegations.

    They have recently learned she is pregnant and are requesting the opportunity to travel domestically to have a substitute honeymoon before he begins his prison term.  If they receive permission from the Court, they would leave on Friday,  August 29, 2008 to Las Vegas, Nevada and return on September 5, 2008.

    I am on vacation on Block Island, but can receive phone calls and e-mails re ECF notifications of your decision.

    I would be grateful for your decision at your earliest convenience.

                                                              Very truly yours,

                                                              Kevin Kearon, Esq.

c.c. AUSA Julian Moore